IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

NATHANIEL BLACKWELL,                    10-CV-614-AC

       Plaintiff,                ORDER

v.

PORTLAND POLICE BUREAU;
CITY OF PORTLAND, OREGON;
OFFICERS HUGHES and HOLBROOK;
and OTHER UNKNOWN OFFICERS
and SUPERVISORS,

       Defendants.


BROWN, Judge.

    Magistrate Judge John V. Acosta issued Findings and

1 - ORDER

Recommendation (#14) on December 27, 2010, in which he recommends this Court grant Defendants' Motion (#8) to Dismiss and dismiss this matter with prejudice. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Shiny Rock Min. Corp v. U.S.*, 825 F.2d 216, 218. (9th Cir. 1987). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

### CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#14). Accordingly, the Court **GRANTS** Defendants' Motion (#8) to Dismiss and **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 4th day of February, 2011.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER