IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**NATHANIEL BLACKWELL,**               10-CV-614-AC

    **Plaintiff,**                      **JUDGMENT**

v.

**PORTLAND POLICE BUREAU;**
**CITY OF PORTLAND, OREGON;**
**OFFICERS HUGHES and HOLBROOK;**
**and OTHER UNKNOWN OFFICERS**
**and SUPERVISORS,**

    **Defendants.**


    Based on the Court's Opinion and Order (#16) issued February 4, 2011, the Court **DISMISSES** this matter **with prejudice**.

    IT IS SO ORDERED.

    DATED this 4th day of February, 2011.

                                    /s/ Anna J. Brown

                                    ANNA J. BROWN
                                    United States District Judge

1 - JUDGMENT